IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01156–EWN–BNB

CORAM, INC. and
ARLIN M. ADAMS, as Chapter 11 Trustee
of the Post-Confirmation Bankruptcy Estates
of Coram Healthcare Corporation and
Coram, Inc.,

    Plaintiffs,

v.

KATHLEEN EDDY and
CURATIVE HEALTH SERVICES, INC.,
also or now known as CURATIVE
HEALTH SERVICES CO.,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Upon consideration of the status report (#16), filed March 1, 2006, and the court's minute order (#12) staying the case pending arbitration, filed August 31, 2005, the court believes that Defendant's earlier-filed motion to dismiss, to compel arbitration, and to stay the case (#9), filed August 8, 2005, is moot. Accordingly, it is

ORDERED that the "Motion to Dismiss Claims Pursuant to Fed. R. Civ. P. 12(b)(6), to Compel Arbitration and to Stay Proceedings Pending Arbitration" (#9) is DENIED as moot. The parties shall file further status reports as previously directed.

Dated: March 1, 2006